UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| CHRISTIAN THOMAS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV425-013 |
| | ) | |
| JUDGE PENNY HAAS | ) | |
| FREESMANN, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

*Pro se* plaintiff Christian Thomas filed this case objecting to proceedings in a state criminal case. *See generally* doc. 1. The Court granted him leave to proceed *in forma pauperis* and directed him to complete and return the necessary forms. *See generally* doc. 6. The Court's Order specifically warned him that failure to return the forms would result in the dismissal of his case. *Id.* at 5. The deadline for him to return those forms has passed and he has not returned either form. *See generally* docket.

This Court has the authority to prune cases from its docket where parties have failed to comply with its Orders. *See* S.D. Ga. L.R. 41.1(b); *see also Link v. Wabash R.R. Co.*, 370 U.S. 626, 630-31 (1962) (courts have

the inherent authority to dismiss claims for lack of prosecution); *Mingo v. Sugar Cane Growers Co-op*, 864 F.2d 101, 102 (11th Cir. 1989) ("The district court possesses the inherent power to police its docket."); *Jones v. Graham*, 709 F.2d 1457, 1458 (11th Cir. 1983); *Floyd v. United States*, CV491-277 (S.D. Ga. June 10, 1992). Thomas' failure to comply with the Court's Order provides a sufficient reason to dismiss his Complaint.

Accordingly, Thomas' Complaint is **DISMISSED** for failing to obey a court order and failing to prosecute his case. *See, e.g.,* Fed. R. Civ. P. 41(b). The Clerk is **DIRECTED** to **CLOSE** this case.

**SO ORDERED,** this 26th day of February, 2025.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA